IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILEY ROY NELSON, ) <br> ) <br> Defendant. ) | No. 11-CR-60111-HO <br><br> **INFORMATION** <br><br> [16 U.S.C. § 460d] <br> [18 U.S.C. § 1382] |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1

### [ENTERING A RESTRICTED AREA]

On or about March 2, 2011, in the District of Oregon, defendant WILEY ROY NELSON knowingly and without lawful authority entered a restricted area, that is, the U.S. Army Corps of Engineers water resource development project at Lookout Point Dam, at a time when the area was closed to the general public;

All in violation of Title 16, United States Code, Section 460d, and Title 36, Code of Federal Regulations, Sections 327.12(a) and 327.25(a).

Page 1 - Information

## COUNT 2

## [ENTERING MILITARY PROPERTY FOR UNLAWFUL PURPOSE]

1. The facts alleged in Count 1 are hereby re-alleged as if stated herein.

2. On or about March 2, 2011, in the District of Oregon, defendant WILEY ROY NELSON knowingly and without lawful authority went upon a military reservation, post, station and installation, that is, the U.S. Army Corps of Engineers water resource development project at Lookout Point Dam, for a purpose prohibited by law and lawful regulation;

All in violation of Title 18, United States Code, Section 1382.

DATED this __20th__ day of September, 2011.

DWIGHT C. HOLTON
United State Attorney

_/s/ Wm. E. Fitzgerald_
WILLIAM E. FITZGERALD
Assistant United States Attorney